No. 807. MOYE *v.* NORTH CAROLINA ET AL. Jurisdictional statement submitted May 25, 1931. Decided June 1, 1931. *Per Curiam:* The appeal herein is dismissed for the want of a properly presented substantial federal question. *El Paso & South Western R. Co.* v. *Eichel & Weikel,* 226 U. S. 590; *Reinman* v. *Little Rock,* 237 U. S. 171; *Standard Oil Co.* v. *City of Marysville,* 279 U. S. 582. *Mr. Robert H. McNeill* for appellant. No appearance for appellees.

No. 813. SCHOOL DISTRICT No. 7, MUSKOGEE COUNTY, ET AL. *v.* HUNNICUT, COUNTY SUPERINTENDENT. Jurisdictional statement submitted May 25, 1931. Decided June 1, 1931. *Per Curiam:* The decree herein is affirmed. *Ex parte Collins,* 277 U. S. 576; *Ex parte Public Bank,* 278 U. S. 101. *Messrs. J. J. Bruce, J. Bernard Smith,* and *O. B. Jefferson* for appellants. No appearance for appellee.